**Case No. 15-30706**

**EVELYN ALCALA JEANSONNE,**

      **Plaintiff - Appellant**

**v.**

**WELLS FARGO BANK, N.A.; GENERATION MORTGAGE COMPANY; BAYOU TITLE, INCORPORATED,**

      **Defendants – Appellees**

---

### *EX PARTE* MOTION TO SUBSTITUTE AS COUNSELOF RECORD

Plaintiff Evelyn Jeansonne, through undersigned counsel, respectfully moves this Court to enroll and substitute as her counsel of record Joseph M. Bruno (La. Bar #3604), who is a member of the Louisiana bar and United States Court of Appeal, Fifth Circuit, in good standing.

WHEREFORE, the aforementioned plaintiff prays that Joseph M. Bruno be enrolled and substituted as her counsel of record in this matter.

              Respectfully submitted:

              **BRUNO & BRUNO, LLP**

              */s/ Joseph M. Bruno*
              Joseph M. Bruno (La. Bar #3604)
              855 Baronne Street
              New Orleans, Louisiana  70113
              Tel:  (504) 525-1335
              Fax: (504) 561-6775
              jbruno@brunobrunolaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion and attachment filed with the Clerk of Court has been served with on all counsel of record via CM/ECF system via electronic transmission, this October 20, 2015.

              */s/ Joseph M. Bruno*
              Joseph M. Bruno